Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA**

08 JAN 18 PM 4: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

AVID Center,

**vs**

Production Education, LLC; David C. Schwartz,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0114 H JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mitchell P. Brook, State Bar No. 172105
Andrea M. Kimball, State Bar No. 196485
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JAN 1 8 2008

DATE

P. DELA CRUZ

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com