Mitchell P. Brook, State Bar No. 172105
Andrea M. Kimball, State Bar No. 196485
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
Email: mbrook@luce.com
Email: akimball@luce.com

Attorneys for AVID Center

FILED
08 JAN 18 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AVID Center,

Plaintiff,

v.

Productive Education, LLC
David C. Schwartz,

Defendants.

Case No. '08 CV 0114 H JMA

**PLAINTIFF'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

The undersigned, counsel of record for plaintiff AVID Center, certifies pursuant to Civil Rule 40.2 that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

AVID Center, a 501(c)(3) non-profit corporation, plaintiff;

David C. Schwartz, defendant; and

Production Education, LLC, defendant.

DATED: January 18, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: [signature]
Andrea M. Kimball
Mitchell B. Brook
Attorneys for AVID Center

101066706.1