Mitchell P. Brook, State Bar No. 172105
Andrea M. Kimball, State Bar No. 196485
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
Email: mbrook@luce.com
Email: akimball@luce.com

Attorneys for AVID Center

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVID Center,<br><br>Plaintiff,<br><br>v.<br><br>Productive Education, LLC<br>David C. Schwartz,<br><br>Defendants. | Case No. 08 CV 0114 H JMA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Plaintiff AVID Center, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notices of its dismissal of this action without prejudice.

The parties have entered into a Settlement Agreement and Stipulation for Entry of Judgment in the Event of Default on the Judgment.

DATED: June 26, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: ______________________________
Andrea M. Kimball
Attorneys for AVID Center

101093019.1